# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RECO ARMSTEAD, CLIFFORD BRIGGS, ELLIOT BROOME, and ANDREWSMITH, Plaintiffs, <br><br> Plaintiff, <br><br> v. <br><br> LAZER SPOT, INC., a domestic limited liability company, <br><br> Defendant. | CIVIL ACTION <br> CASE NO.: 1:11-CV- 04319-CAP |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs' RECO ARMSTEAD, CLIFFORD BRIGGS, ELLIOT BROOME, and ANDREWSMITH and Defendant Lazer Spot, Inc. (the "Parties"), by and through their counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), file this joint stipulation dismissing this action with prejudice.

Respectfully submitted this 15th day of November 2013.

>By: /s/ Brett C. Bartlett
>Brett C. Bartlett, Esq.
>Jeffrey Glaser, Esq.
>Mark Y. Thacker, Esq.
>Seyfarth Shaw LLP.
>1075 Peachtree Street N.E., Suite 2500
>Atlanta, Georgia 30309
>Telephone:  (404) 885-1500
>Facsimile: (404) 892-7056
>***Attorneys for Defendant Lazer Spot, Inc.***

-and-

By: /s/ C. Ryan Morgan
Andrew R. Frisch, Esq.
C. Ryan Morgan, Esq.
Morgan & Morgan, P.A.
600 N. Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone:   (954) 318-0268
Facsimile:    (954) 333-3515
***Attorneys for Plaintiff J'Hon Mainor, et al.***

2

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RECO ARMSTEAD, CLIFFORD BRIGGS, ELLIOT BROOME, and ANDREWSMITH, Plaintiffs,<br><br>Plaintiff,<br><br>v.<br><br>LAZER SPOT, INC., a domestic limited liability company,<br><br>Defendant. | CIVIL ACTION<br>CASE NO.: 1:11-CV- 04319-CAP |

## **ORDER**

Having reviewed the Parties' Joint Stipulation of Dismissal, filed on _____, this Court orders the Clerk of Court to dismiss this action with prejudice and to close this matter.

SO ORDERED, this \_\_\_\_\_ day of November, 2013.

_____
**CHARLES A. PANNELL, JR.**
United States District Court Judge